# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4888
_____

HERBERT LEE BUTLER,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

March 5, 2019

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Herbert Lee Butler, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Gayla Grant, Assistant General Counsel, Tallahassee, for Respondent.